UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. EP-21-CR-00797-DB-3 |
| ARLENE GABRIELLA MARTINEZ | § § § | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD/ MOTION TO SUBSTITUTE

**TO THE HONORABLE JUDGE OF SAID COURT**:

COMES NOW Rebecca Tarango, attorney of record in the above cause, and makes this her Motion to Withdraw as Counsel in the above-styled and numbered case, and for cause would show as follows:

I.

Counsel accepted a tentative employment offer from the United States Attorney's Office for the Western District of Texas after the Defendant in this case had pleaded guilty. Counsel wanted to see the sentencing on this case through, understanding that her federal background check could take weeks. The U.S. Attorney's Office has completed the background check and would like counsel to start before September 27, 2021, so counsel can attend criminal training in San Antonio on that date. Counsel would like to avoid the possibility of any conflict or the appearance of conflict, and for the Defendant to receive the best defense possible.

II.

Being new to federal practice, counsel has consulted extensively on this case with CJA Panel Attorney Felix Valenzuela, who would be willing and prepared to continue the representation of

the Defendant. Counsel has also discussed the matter with the Defendant, and she was not opposed to the substitution. Defendant is set for Sentencing on October 13, 2021.

III.

Withdrawal can be accomplished without material adverse effect on the interests of the Defendant or the Government and without unnecessarily delaying the due administration of justice.

WHEREFORE, PREMISES CONSIDERED, Rebecca Tarango, Movant, respectfully requests that the Court grant her motion and withdraw her name as attorney of record in the above-styled and numbered cause, and allow Felix Valenzuela to substitute.

Respectfully submitted,

Rebecca Tarango, P.C.
501 N. Kansas St., Ste. 200
El Paso, Texas 79901
Tel.   915.549.8825
Fax   915.213.2088
Email: rebecca@tarangolaw.com

By: _____
REBECCA TARANGO
Texas State Bar No. 00798539

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was e-filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel on this case, on September 8, 2021.

_____
Rebecca Tarango

2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | NO. EP-21-CR-00797-DB-3 |
| ARLENE GABRIELLA MARTINEZ | § § § § | |

## ORDER ON MOTION TO WITHDRAW AND APPOINTMENT OF COUNSEL

On this the _____ day of _____ 2021, came on to be heard Rebecca Tarango's Motion to Withdraw as Counsel, and it appearing to the Court that said Motion should be Granted, it is therefore **ORDERED** that **REBECCA TARANGO** be allowed to withdraw from this case.

Accordingly, the Court finds that the Defendant qualifies for court-appointed counsel, and, therefore, ORDERS that attorney _____ is hereby appointed to represent Defendant in this cause.

Signed and entered this the _____ day of _____ 2021.

_____
JUDGE